# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv47

| | |
|---|---|
| J. G. ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | JUDGMENT |
| ) | |
| GREYSTONE SERVICING ) | |
| CORPORATION, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court in accordance with the provisions of 28, United States Code, Section 636(c), and upon the defendant's Motion for Summary Judgment (#18), and the court having determined based on a review of the entire record that no genuine issues of material fact remain for trial and that defendant is entitled to entry of judgment in its favor as to each claim asserted by plaintiff in its Complaint, as reflected in the Memorandum of Decision filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that defendant's Motion for Summary Judgment (#18) is **GRANTED**, and **JUDGMENT** is entered in favor of defendant and against plaintiff providing that **PLAINTIFF** have and take nothing of this defendant, and that plaintiff's claims are **DISMISSED** with prejudice.

Signed: June 26, 2007

Dennis L. Howell
United States Magistrate Judge